**Dismissed and Opinion Filed November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00472-CV

**LESLEY TEMPLETON, Appellant**
**V.**
**BLAKE PATTERSON, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-06506-E**

## MEMORANDUM OPINION
Before Justices Bridges, Francis, and Myers
Opinion by Justice Bridges

Appellant's brief in this case is overdue. By postcard dated September 02, 2015, we notified appellant the time for filing her brief had expired. We informed appellant to file both her brief and an extension motion within ten days that complies with Texas Rules of Appellate Procedure 10.1(a) and 10.5(b). Appellant was cautioned that failure to comply would result in dismissal of this appeal without further notice. To date, appellant has not filed her brief, requested an extension of time to file her brief, or otherwise corresponded with the Court regarding the status of this appeal.

Furthermore, by postcards dated April 14, 2014 and July 29, 2015 we notified appellant that the $195 filing fee was due. On both occasions, we directed appellant to remit the filing fee

within ten days and cautioned that failure to do so would result in dismissal of the appeal without further notice. To date, appellant has not paid the filing fee.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

150472F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LESLEY TEMPLETON, Appellant

No. 05-15-00472-CV     V.

BLAKE PATTERSON, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-13-06506-E.
Opinion delivered by Justice Bridges.
Justices Francis and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee BLAKE PATTERSON recover his costs, if any, of this appeal from appellant LESLEY TEMPLETON.

Judgment entered November 4, 2015.